Argued and submitted December 20, 1991, probation revocation affirmed; minimum term vacated and remanded for resentencing February 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

MONTE BRUCE BIANCHI,
*Appellant.*

(C89-05-32780; CA A65872)

823 P2d 1043

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Janet A. Metcalf, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Attorney General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

In the probation revocation proceeding, we affirm the revocation. The state concedes that the minimum term imposed is invalid. We accept the concession, vacate the minimum term and remand for resentencing.

Probation revocation affirmed; minimum term vacated; remanded for resentencing.